JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ROBERT MCNEIL, | ) | Case No. EDCV 15-655 DOC(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Denying Petition for a Writ of Mandate and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for a Writ of Mandate filed in this action is denied and this action is dismissed without prejudice.

DATED:  April 27, 2015

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE